MINUTE ENTRY
LEMELLE, J.
SEPTEMBER 20, 2023

JS10:  4:17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FLOYD RUFFIN | CIVIL ACTION |
| VERSUS | NO. 20-334 |
| BP EXPLORATION & PRODUCTION, INC. ET AL | SECTION: B (2) |

## ORAL ARGUMENT

Courtroom Deputy:  Dena White
Court Reporter:     Sammantha Morgan

APPEARANCES:    Charles Durkee, Dylan Boigris and Jason Larey, Counsel for Plaintiff
Charles Wilmore, Devin Reid and Robert McNeal, Counsel for Defendants

Motion to Exclude Certain BP Expert Opinions and Testimony on Plaintiff's Exposure for Basis of Judgment or Dismissal (101)

Motion to Exclude the Causation Testimony of Plaintiff's Expert, Benjamin Rybicki (104)

Case called at 9:29 a.m.
All present and ready.
Court states the status of the case.
Motion to Exclude Certain BP Expert Opinions and Testimony on Plaintiff's Exposure for Basis of Judgment or Dismissal (101) DENIED for reasons stated on the record.
Court questions counsel for the parties.
Argument by counsel for the parties.
Court recessed 12:00 p.m.- 2:40 p.m.
Closing argument by counsel for the parties.
Motion to Exclude the Causation Testimony of Plaintiff's Expert, Benjamin Rybicki (104) GRANTED for reasons stated on the record.

MINUTE ENTRY
LEMELLE, J.
SEPTEMBER 20, 2023
Page 2
_____

Post-hearing briefs on Motion for Summary Judgment Due to Plaintiff's Inability to Prove Medical Causation (105) due no later than September 25, 2023. Reply briefs, if any, are due no later than September 28, 2023.
Trial set for October 2, 2023, CONTINUED without date.
See Order.
Court adjourned at 4:26 p.m.